No. 997, Misc. STEIN v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 1056, Misc. McGREGOR v. LaVALLEE, WARDEN. Court of Appeals of New York. Certiorari denied.

No. 1073, Misc. MARCHESE v. MURPHY, WARDEN. Court of Appeals of New York. Certiorari denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Anthony J. Lokot,* Assistant Attorney General, for respondent.

No. 1098, Misc. MARKS v. WARDEN, MARYLAND PENITENTIARY. Court of Appeals of Maryland. Certiorari denied.

No. 1105, Misc. AIKEN v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 1106, Misc. JOBE v. COLORADO. Supreme Court of Colorado. Certiorari denied. Petitioner *pro se. Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *John E. Bush,* Assistant Attorney General, for respondent.

No. 1110, Misc. LOTT v. FIRST JUDICIAL DISTRICT COURT, SANTA FE, NEW MEXICO, ET AL. Supreme Court of New Mexico. Certiorari denied.

No. 1112, Misc. WRIGHT v. RHAY, PENITENTIARY SUPERINTENDENT, ET AL. C. A. 9th Cir. Certiorari denied.